IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN & EASTERN DIVISIONS

| | |
|---|---|
| ANSBERTO FERNANDEZ GONZALEZ,<br>Plaintiff,<br><br>v.<br><br>L. FRANK CISSNA, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>Defendants. | No. 7:18-CV-135-BO |
| VILMA OLIVARES SALGUERO,<br>Plaintiff,<br><br>v.<br><br>L. FRANK CISSNA, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>Defendants. | No. 7:18-CV-136-BO |
| CAMELIA GUERRERO ANTONIO,<br>Plaintiff,<br><br>v.<br><br>L. FRANK CISSNA, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>Defendants. | No. 4:18-CV-131-BO |

| | )
|---|---|
| MARIA ELENA MALDONADO | ) |
| JUAREZ, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-CV-132-BO |
| | ) |
| L. FRANK CISSNA, DIRECTOR, | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES; and | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICE, | ) |
| Defendants. | ) |

This matters are before the Court on a motion filed by plaintiff Ansberto Fernandez Gonzalez in case No. 7:18-CV-135-BO to consolidate that action with three other similar cases pending before the undersigned. Gonzalez argues that the four cases, while brought by different plaintiffs, allege the same misconduct by the defendants and raise common questions of law and fact. *See* Fed. R. Civ. P. 42(a). Gonzalez requests that the Court consolidate the four actions – No. 7:18-CV-135-BO; No. 7:18-CV-136-BO; No. 4:18-CV-131-BO; and No. 4:18-CV-132-BO – into one case. Defendants do not oppose the motion to consolidate.

For good cause shown, and pursuant to Fed. R. Civ. P. 42(a), the motion to consolidate is GRANTED. The above-listed cases are hereby CONSOLIDATED for the purposes of discovery and motions filing. If necessary, the Court will consider whether the cases should continue to be consolidated for the purposes of trial at the appropriate time. All future filings shall be made only in the case in which the motion to consolidate was filed, No. 7:18-CV-135-BO, which is designated as the lead case. All future filings shall reflect the case caption for each of the consolidated cases, as above, with the notation that this is proceeding as a consolidated action. The clerk is DIRECTED to enter this order in each of the now-consolidated cases; future orders shall be entered

2

only in the lead case unless otherwise directed. Finally, the clerk is DIRECTED to, after the entry of this order, remove case No. 7:18-CV-136-BO; No. 4:18-CV-131-BO; and No. 4:18-CV-132-BO from the Court's active docket, and to return those cases to the active docket on order of the Court.

SO ORDERED, this 30 day of November, 2018.

*[signature]*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE