IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN & EASTERN DIVISIONS

| | |
|---|---|
| ANSBERTO FERNANDEZ GONZALEZ,<br>    Plaintiff, | ) <br> ) ORDER <br> ) |
| v. | ) 7:18-CV-135-BO <br> ) |
| L. FRANK CISSNA, DIRECTOR OF<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, AND<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| VILMA OLIVARES SALGUERO,<br>    Plaintiff, | ) <br> ) <br> ) |
| v. | ) 7:18-CV-136-BO <br> ) |
| L. FRANK CISSNA, DIRECTOR OF<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, AND<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| CAMELIA GUERRERO ANTONIO and<br>JACINTO PEREZ ACOSTA,<br>    Plaintiffs, | ) <br> ) <br> ) |
| v. | ) 4:18-CV-131-BO <br> ) |
| L. FRANK CISSNA, DIRECTOR OF<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, AND<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| MARIA ELENA MALDONADO JUAREZ,<br>Plaintiff, | )<br>)<br>) |
| v. | )    4:18-CV-132-BO<br>) |
| L. FRANK CISSNA, DIRECTOR OF<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, AND<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the Defendants' Motion to Dismiss the Amended Complaint Filed by Plaintiffs Antonio and Acosta,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that the Amended Complaint is DISMISSED with prejudice as to Plaintiff Camelia Guerrero Antonio and her derivative beneficiary, Plaintiff Jacinto Perez Acosta.

SO ORDERED this 14 day of September, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge