IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN & EASTERN DIVISIONS

| | |
|---|---|
| ANSBERTO FERNANDEZ GONZALEZ,<br>        Plaintiff,<br><br>v.<br><br>UR M. JADDOU,[1] DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>        Defendants. | No. 7:18-CV-135-BO |
| VILMA OLIVARES SALGUERO,<br>        Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>        Defendants. | No. 7:18-CV-136-BO |
| CAMELIA GUERRERO ANTONIO,<br>        Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>        Defendants. | No. 4:18-CV-131-BO |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Court has substituted the current Director of United States Citizenship and Immigration Services as the proper party-defendant.

| | |
|---|---|
| MARIA ELENA MALDONADO JUAREZ,<br>     Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; and<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICE,<br>     Defendants. | )<br>)<br>)<br>)<br>)  No. 4:18-CV-132-BO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This consolidated action is before the Court on defendants' motion to seal and plaintiffs' motion for attorney fees. For the reasons discussed in the Court's order entered August 18, 2021, defendants' motion to seal [DE 53] is DENIED. Defendants are DIRECTED to file a redacted version of the memorandums it has filed as proposed sealed documents within ten (10) days of the date of entry of this order. *See* [DE 56].

Defendants further oppose plaintiffs' motion for attorney fees as premature. The Court has now dismissed the claims by the remaining plaintiffs. [DE 57]. Defendants are DIRECTED to file an updated response to plaintiffs' motion for attorney fees within fourteen (14) days of the date of entry of this order.

Finally, as the claims by each set of plaintiffs in this consolidated action have been dismissed, the Clerk of Court is DIRECTED to return the administratively closed cases to the active docket and enter judgment reflecting the dismissal of plaintiffs' claims in each of the above-captioned cases as of the date of entry of this order. The Court will consider the pending motion for attorney fees filed in this lead case when it is ripe for adjudication.

2

SO ORDERED, this __20__ day of September, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

3